IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HARLEYSVILLE LAKE STATES INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| -vs- | ) Case No. 3:07CV720<br>)<br>) |
| PALESTINE COMMUNITY UNIT SCHOOL DISTRICT NO. 3, a municipal corporation, HUFF ARCHITECTURAL GROUP, NC., an Illinois corporation, CROWN ELECTRIC, INC., an Indiana corporation, and TONY M. GUYER and JANNA GUYER, | )<br>)<br>) Judge: J. Phil Gilbert, District Judge<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice and without costs.

**NORBERT JAWORSKI, CLERK**

Dated: September 5, 2008             s/Brenda K. Lowe, Deputy Clerk


**Approved:** s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**